UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| FLEXTRONICS AUTOMOTIVE USA, INC. f/k/a SATURN ELECTRONICS & ENGINEERING, INC. and EMPLOYEE BENEFIT PLAN FOR HOURLY EMPLOYEES, and EMPLOYEE BENEFIT PLAN FOR SALARIED EMPOYEES, | Case No. 2:17-cv-10596-RHC-RSW  Hon. Robert H. Cleland |
| Plaintiffs, | |
| v. | |
| BLUE CROSS BLUE SHIELD OF MICHIGAN, | |
| Defendant. | |

## STIPULATION TO DISMISS

The parties stipulate to the entry of an Order dismissing this matter with prejudice and without costs.

MCNEELY LAW OFFICE

Attorney for Plaintiffs

Dated: July 18, 2017    By:   /s/ Edward J. McNeely III
　　　　　　　　　　　　　　　Edward J. McNeely III (P48818)
　　　　　　　　　　　　　　　338 Morris Avenue, SE
　　　　　　　　　　　　　　　Grand Rapids, Michigan 49503
　　　　　　　　　　　　　　　Phone: (616) 233-2501
　　　　　　　　　　　　　　　ejm@mc-law.com
　　　　　　　　　　　　　　　Attorneys for Plaintiffs

|  |  |  |
|---|---|---|
|  |  | SPANGENBERG SHIBLEY & LIBER, LLP<br>Attorneys for Plaintiffs |
| Date: July 18, 2017 | By: | /s/ Nicholas A. DiCello<br>Dennis R. Lansdowne (OH Bar 0026036)<br>Nicholas A. DiCello    (OH Bar 0075745)<br>Business Address & Telephone<br>1001 Lakeside Ave. East, Suite 1700<br>Cleveland, Ohio 44114<br>Phone: (216) 696-3232<br>dlansdowne@spanglaw.com<br>ndicello@spanglaw.com |
|  |  | BODMAN, PLC<br><br>Attorneys for Defendant |
| Date: July 18, 2017 | By: | /s/ G. Christopher Bernard<br>G. Christopher Bernard (P57939)<br>Donavan S. Asmar (P77951)<br>Business Address & Telephone<br>1901 St. Antoine Street<br>Detroit, Michigan 48226<br>Phone:  (313) 259-7777<br>cbernard@bodmanlaw.com<br>dasmar@bodmanlaw.com |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| FLEXTRONICS AUTOMOTIVE USA, INC. f/k/a SATURN ELECTRONICS & ENGINEERING, INC. and EMPLOYEE BENEFIT PLAN FOR HOURLY EMPLOYEES, and EMPLOYEE BENEFIT PLAN FOR SALARIED EMPOYEES, | Case No. 2:17-cv-10596-RHC-RSW Hon. Robert H. Cleland |
| Plaintiffs, | |
| v. | |
| BLUE CROSS BLUE SHIELD OF MICHIGAN, | |
| Defendant. | |

## ORDER TO DISMISS

Having considered the parties' Stipulation to Dismiss, it is hereby ordered that all claims raised in this matter are dismissed with prejudice and without costs.

**IT IS SO ORDERED.**

       S/Robert H. Cleland
       ROBERT H. CLELAND
       UNITED STATES DISTRICT JUDGE

Dated: July 20, 2017

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, July 20, 2017, by electronic and/or ordinary mail.

       S/Lisa Wagner
       Case Manager and Deputy Clerk
       (810) 292-6522